UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR422-0015 |
| | ) |
| v. | ) 18 U.S.C. § 922(n) |
| | ) Receipt of a Firearm by a Person |
| AKIL SHAWRON BROWN | ) Under Indictment |
| | ) |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Receipt of Firearms by a Person Under Indictment*
18 U.S.C. § 922(n)

On or before November 3, 2021, in Chatham County, within the Southern District of Georgia, the Defendant,

**AKIL SHAWRON BROWN,**

who knew he was then under indictment for crimes punishable by imprisonment for a term exceeding one year, to wit, Violation of Racketeer Influenced and Corrupt Organizations Act (RICO), Theft by Receiving Stolen Property (Felony), Violation of the Street Gang Terrorism and Prevention Act and Carrying Weapons within Certain School Areas, did willfully receive a firearm, to wit, a Taurus G2C 9mm pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).



## **FORFEITURE ALLEGATION**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the Defendant, **AKIL SHAWRON BROWN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, a Taurus G2C 9mm pistol, serial number ABL116779; and any associated ammunition.

*Signatures on following page*

A True Bill.

_____
David H. Estes
United States Attorney

_____
Timothy W. Ruffini
Special Assistant United States Attorney
*Lead Counsel

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
Deputy Chief, Criminal Division

_____
Noah J. Abrams
Assistant United States Attorney
*Co-lead Counsel